Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-CV-6211

T.S.,

    v.      Plaintiff,

KRISTI NOEM IN HER OFFICIAL CAPACITY AS,
SECRETARY, AND TODD LYONS, IN HIS
OFFICIAL CAPACITY AS
ACTING DIRECTOR, IMMIGRATION &
CUSTOMS ENFORCEMENT

    Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the Stipulation and Order of Dismissal.

Date: April 29, 2025

    MARY C. LOEWENGUTH
    CLERK OF COURT

    By: s/Tricia M. Frisa
        Deputy Clerk